UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2052

_____

TRANSCONTINENTAL GAS PIPE LINE CO., LLC,
Appellant

v.

PENNSYLVANIA ENVIRONMENTAL HEARING BOARD; STEVEN C.
BECKMAN; BERNARD A. LABUSKES, JR.; MICHELLE A. COLEMAN;
SARAH J. CLARK; CITIZENS FOR PENNSYLVANIA'S FUTURE;
DELAWARE RIVERKEEPER NETWORK; MAYA K. VAN ROSSUM

_____

(M.D. Pa. No. 1-23-cv-00463)

_____

SUR PETITION FOR REHEARING

_____

Present:  CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ,
KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
MONTGOMERY-REEVES, and CHUNG, *Circuit Judges*.

The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is denied, however, the Clerk is

directed to file the amended opinion that changes the final "Clean Water Act" on page 22

to "Natural Gas Act."  As the revision does not affect the disposition of the appeal, the

judgment will remain as filed.

The petition for rehearing filed by Appellant also having been submitted to all the other available circuit judges of the circuit in regular active service and a majority of the judges of the circuit in regular service not having voted for rehearing, it is hereby ORDERED that the petition for rehearing by the Court en banc is denied.

BY THE COURT,

s/ *Peter J. Phipps*
Circuit Judge

Date: August 8, 2024
Lmr/cc: All Counsel of Record